UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs<br><br>BOILING CRAB FRANCHISE CO., LLC, a California Limited Liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01390-JAM-CKD<br><br>Honorable Carolyn K. Delaney<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE ON PENDING DISCOVERY MOTIONS**<br><br><u>Proposed Hearing</u><br>Date:  September 14, 2022<br>Time:  10:00 a.m.<br>Place:  Courtroom 24, 8th Floor<br><br>Action Filed:   July 9, 2020<br>Trial Date:      February 27, 2023 |

Pursuant to the Parties' stipulation and for good cause appearing, **IT IS HEREBY ORDERED** as follows:

(1) The hearing date on the Parties' pending motions to compel (Dkt. 21, Dkt. 25) is continued by approximately twenty-one (21) days from August 24, 2022 to September 14, 2022 at 10:00 a.m. in Courtroom 24, 8th Floor, of the above-titled Court *to be heard remotely, via Zoom*;

(2) The deadline for the Parties to file the Joint Statements re Discovery Disagreement for each pending motion to compel (Dkt. 21 and Dkt. 25) is continued from August 16, 2022 to September 6, 2022;

(3) All remaining deadlines in the Court's Pretrial Scheduling Order are to remain the same; and

(4) Defendant's Ex Parte Application (ECF No. 27) is DENIED as moot.

**IT IS SO ORDERED.**

Dated: August 17, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

SMRH:4856-2921-5534.1    [~~PROPOSED~~] ORDER