1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BOILING CRAB FRANCHISE CO., LLC, a California Limited Liability company; and DOES 1 to 10, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:20-cv-01390-JAM-CKD<br><br>Honorable Carolyn K. Delaney<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE ON PENDING MOTIONS AND RELEVANT DEADLINES**<br><br>Action Filed:　July 9, 2020<br>Trial Date:　　February 27, 2023 |

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER

Pursuant to the Parties' stipulation and for good cause appearing, **IT IS HEREBY ORDERED** as follows:

(1) The hearing date on the Parties' pending motions to compel (Dkt. 21, Dkt. 25) and Defendant's Ex Parte Application (Dkt. 31) is continued from September 14, 2022, to September 28, 2022, at 10:00 a.m. (via Zoom), or as soon thereafter as the matters may be heard;

(2) The deadline for the Parties to file Joint Statements re Discovery Disagreement for each pending motion to compel is continued from September 6, 2022, to September 20, 2022;

(3) The deadline for Plaintiff to file her Opposition to Defendant's Ex Parte Application is continued from September 6, 2022, to September 20, 2022; and

(4) All remaining deadlines in the Court's Pretrial Scheduling Order are to remain the same.

**IT IS SO ORDERED.**

Dated: September 6, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE