UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs<br><br>BOILING CRAB FRANCHISE CO., LLC, a California Limited Liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01390-JAM-CKD<br>Hon. John A. Mendez<br><br>**ORDER GRANTING DEFENDANT'S SECOND EX PARTE APPLICATION TO MODIFY PRETRIAL SCHEDULING ORDER TO CONTINUE DISPOSITIVE MOTION CUTOFF**<br><br><u>Proposed Hearing</u><br>Date: January 10, 2023<br>Time: 1:30 p.m.<br>Place: Courtroom 6, 14th Floor<br><br>Action Filed:   July 9, 2020<br>Trial Date:   April 24, 2023 |

SMRH:4858-1565-2155.1                                    ORDER

Defendant Boiling Crab Franchise Co., LLC ("Defendant") applied to the Court on an ex parte basis for an Order to modify the Court's Pretrial Scheduling Order (Dkt. 15) only for the purpose of continuing the deadline for Defendant to file its dispositive motion, as well as the hearing on such motion, by approximately 30 days ("Application"). After considering the papers, the evidence, and the arguments of counsel, and for good cause appearing, the Court **ORDERS** as follows:

1. Defendant's Application is GRANTED;

2. The deadline for Defendant to file its dispositive motion is continued from November 4, 2022 to December 2, 2022.

3. The hearing on Defendant's dispositive motion is continued from December 13, 2022 at 1:30 p.m. to January 10, 2023 at 1:30 p.m. in Courtroom 6, 14th Floor, of the above-entitled Court.

4. All other dates and deadlines set forth in the Court's Pretrial Scheduling Order (Dkt. 15) are to remain the same.

**IT IS SO ORDERED.**

DATED: November 2, 2022           /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  SENIOR UNITED STATES DISTRICT JUDGE