1
2
3
4
5
6
7
8
9
10
11
12                    UNITED STATES DISTRICT COURT
13                    EASTERN DISTRICT OF CALIFORNIA
14

15  VALERIE BROOKS, individually and on behalf of all others similarly situated,   Case No.: 2:20-cv-01390-JAM-CKD

16                                                                                 Honorable John A. Mendez
            Plaintiff,
17                                                                                 **JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**
        vs
18
    BOILING CRAB FRANCHISE CO., LLC, a
19  California Limited Liability company; and           Action Filed:    July 9, 2020
    DOES 1 to 10, inclusive,                            Trial Date:      February 27, 2023
20
            Defendants.
21
22
23
24
25
26
27
28

-1-

1  The Court, having considered the parties' Joint Stipulation for Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses this action as follows:

Plaintiff's individual claims are hereby dismissed with prejudice and without prejudice as to the claims of the proposed class. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: November 29, 2022        /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE